UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

Civil Action

No: 1:26-cv-11139-NMG

Petitioner

Obede Willian Dias Felix

v.

Respondent

David Wesling et al

Order of Dismissal

GORTON, D.J.

It is hereby ORDERED that the above-entitled action be and hereby is dismissed.

By the Court,

/s/ Nicole Cowan

Docket Clerk

June 9, 2026